UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-9453-MWF(VBKx)**                              Dated: **March 16, 2015**

Title:    Tudor Insurance Company -v- California Coastal Horse Rescue, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Rita Sanchez                                    None Present
   Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   The Court is in receipt of the Mediation Report filed on March 6, 2015 [63]. In light of the settlement, the Court sets a hearing on Order To Show Cause Re Dismissal for April 20, 2015 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk   rs
CIVIL - GEN

-1-